**COLE, SCHOTZ, MEISEL,**                                        Hearing Date:  tbd
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile
Laurence May, Esq. (LM-9714)
Leo V. Leyva, Esq. (LL-9061)
Greg A. Friedman, Esq. (GF-4506)
Attorneys for Defendants, Bodden Funding
Corp., Jay Irgang, Mark Irgang and Orli
Irgang

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re                                                        Chapter 11
                                                             Case No. 05-10987 (RDD)
MAYWOOD CAPITAL CORP., *et al.*,                             (Jointly Administered)
                                                             Case Nos. 04-17047,
                            Debtors.                         05-10944 to 05-10987
-----------------------------------------------------x       05-11521, 05-11523 and 05-1778 (RDD)
JOHN S. PEREIRA, as Chapter 11 Trustee
of 243 EAST 118TH ST. REALTY CORP.,                          Adversary Proceeding No.
                                                             07-01514 (RDD)
                            Plaintiff,

            v.

243 E. 118 ST., LLC, GERALD MIGDOL,
KENNEDY FUNDING, INC., BODDEN
FUNDING CORP. and WELLS FARGO
HOME MORTGAGE, INC.,

                            Defendants.
-----------------------------------------------------x

### NOTICE OF MOTION FOR ORDER DETERMINING ADVERSARY PROCEEDING TO BE NON-CORE AND WITHDRAWING THE REFERENCE

PLEASE TAKE NOTICE that upon the memorandum of law in support of Motion Of

Bodden Funding Corp., Jay Irgang, Mark Irgang and Orli Irgang for an Order Determining

Certain Adversary Proceedings To Be Non-Core Proceedings And Withdrawing The Reference

(the "Memorandum of Law"), the affidavit of Laurence May, Esq. sworn to on April 13, 2007

42232/0010-3105327v1

and the exhibits thereto, and upon all the pleadings and proceedings had heretofore herein,

Defendants Bodden Funding Corp., Jay Irgang, Mark Irgang and Orli Irgang (the "Bodden

Group") will move before the United States District Court for the Southern District of New

York, pursuant to 28 U.S.C. § 157(b)(3) and 28 U.S.C. § 157(d) for an order declaring this

adversary proceeding and nine related adversary proceedings to be non-core proceedings and for

withdrawal of the reference.

PLEASE TAKE FURTHER NOTICE that the date, time and place of the hearing on the

motion shall be determined by the United States District Judge to whom this matter is assigned,

and said notice shall be provided to Plaintiff when the Court has scheduled the hearing.

DATED:     New York, New York
           April 13, 2007

                                                        COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Attorneys for Defendants, Bodden Funding
Corp., Jay Irgang, Mark Irgang and Orli Irgang


By:_____
       Laurence May, Esq. (LM-9714)
       Leo V. Leyva, Esq. (LL-9061)
       Greg A. Friedman, Esq. (GF-4506)
       900 Third Avenue, 16th floor
       New York, NY 10022-4728
       (212) 752-8000